No. 01–7968.   SHOEMAKE *v.* OKLAHOMA ET AL.   Ct. Crim. App. Okla.   Certiorari denied.

No. 01–7969.   STELLY *v.* CAIN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 01–7973.   PONZO *v.* LEFTRIDGE BYRD, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CHESTER.   C. A. 3d Cir. Certiorari denied.

No. 01–7978.   WOODWARD *v.* WILLIAMS, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 01–7979.   WILLIAMS *v.* CAIN, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 01–7983.   KARIMALIS *v.* ROE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–7984.   JACKSON *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 01–7985.   WATERBURY *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 01–7989.   POCHE *v.* LOUISIANA ET AL.   C. A. 5th Cir. Certiorari denied.

No. 01–7990.   SPENCER *v.* BRYSON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 01–7991.   RICHARDS *v.* HARRIS.   Cir. Ct. Henrico County, Va.   Certiorari denied.

No. 01–7992.   SHAW *v.* PERRY, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 01–7993.   SWIGGETT *v.* OGLE ET AL.   Ct. App. Tenn.   Certiorari denied.

No. 01–7995.   SESSIONS *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 01–8001.   CHAMBERS *v.* FEWS, WARDEN.   C. A. 7th Cir. Certiorari denied.